```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0042--CV (RRB)
                    "DIANNE ROLOFF V USA"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 02/13/03
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                   MEDICAL MALPRACTICE - 28:1402
            Origin: (5) Transferred
            Demand: 100
        Filing fee: Paid $150.00 on 11/05/02 receipt # 00603011
          Trial by: Court
```

Parties of Record:                                  Counsel of Record:

PLF 1.1        [T] DAVIS, GEORGE                    No counsel found for this party!

PLF 1.2            ROLOFF, DIANNE                   Daniel W. Hickey
                                                    Gruenstein & Hickey
                                                    500 L Street, Suite 401
                                                    Anchorage, AK 99501
                                                    907-258-4338

DEF 1.1            UNITED STATES OF AMERICA         Gary M. Guarino
                                                    U.S. Attorney's Office
                                                    222 W. 7th Avenue, #9
                                                    Anchorage, AK 99513-7567
                                                    907-271-5071
                                                    FAX      -    -

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A03-0042--CV (RRB)
                   "DIANNE ROLOFF V USA"

                      For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/13/03
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice
                   MEDICAL MALPRACTICE - 28:1402
           Origin: (5) Transferred
           Demand: 100
       Filing fee: Paid $150.00 on 11/05/02 receipt # 00603011
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 02/13/03 | Notation: All transferred documents are listed on the manual docket sheet lodged in the original file. |
| 10 - 1 | 02/13/03 | Copy of USDC Western District of Washington at Seattle Order transferring case 02-CV-2260 to Anchorage, AK w/att documents. |
| 11 - 1 | 02/18/03 | JWS Minute Order re: notice of transfer and order of case 02-CV-2660 to A03-0042-CV (JWS).  cc: cnsl |
| 12 - 1 | 03/05/03 | PLF 1 Joint Status Report. |
| 13 - 1 | 03/10/03 | JWS Minute Order that updated joint stat rpt due 3/21/03. |
| 14 - 1 | 03/21/03 | PLF 1; DEF 1 Report re: updated stat and rpt of parties' planning meeting. |
| 15 - 1 | 03/25/03 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 01/12/04; Disp mots ddln 02/12/04; 4 day TBC estimate. cc: cnsl |
| 16 - 1 | 08/29/03 | ZZZ 1 motion for substitution of plaintiff w/att exhs. |
| 17 - 1 | 08/29/03 | ZZZ 1 Attorney Appearance of D. Hickey. |
| 18 - 1 | 09/03/03 | JWS Order granting motion for substitution of plaintiff (16-1) Diane Roloff. cc: cnsl |
| 19 - 1 | 09/11/03 | PLF 1 Errata to case caption re: ZZZ 1 motion for substitution of plaintiff  (16-1) . |
| 20 - 1 | 09/12/03 | Stipulation for ext of time until 10/17/03 to file final wit lists. |
| 20 - 2 | 09/15/03 | JWS Order approving stip for ext of time until 10/17/03 to file final wit lists (20-1). cc: cnsl |
| 21 - 1 | 09/24/03 | DEF 1 Attorney Substitution of Gary M. Guarino (AUSA) for T. Burgess (AUSA). |

Case 3:03-cv-00042-RRB    Document 34    Filed 02/13/2003    Page 3 of 4
```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0042--CV (RRB)
                                "DIANNE ROLOFF V USA"

                                  For all filing dates
```

```
Document #    Filed      Docket text

  22 -   1   10/15/03   PLF 1 Final Witness List.

  23 -   1   10/17/03   DEF 1 Final Witness List.

  24 -   1   11/12/03   Stipulation for ext of time for the close of expert disc to 4/9/04.

  24 -   2   11/14/03   JWS Order approving stip for ext of time for the close of expert disc to
                        4/9/04 (24-1). cc: cnsl

  25 -   1   01/09/04   PLF 1 Suppl Witness List.

  26 -   1   01/29/04   PLF 1; DEF 1 Stipulation for extension of time for expert reports and
                        close of discovery.

  26 -   2   02/02/04   JWS Order granting stip for ext of time for expert rpts and close of
                        disc (26-1) & setting the following dates: Disc to close 06/18/04; Disp
                        mots ddln 07/16/04. cc: cnsl

  27 -   1   05/17/04   PLF 1; DEF 1 Stipulation for ext of time until 9/24/04 to close disc and
                        10/22/04 to file disp and disc mots.

  27 -   2   05/18/04   JWS Order approving stip for ext of time until 9/24/04 to close disc and
                        10/22/04 to file disp mots (27-1). cc: cnsl

  28 -   1   09/30/04   Stipulation to extend time until 11/24/04 for close of discovery and
                        until 12/17/04 for dispositive motions.

  29 -   1   10/06/04   JWS Minute Order recusing himself; case is reassigned to Judge
                        Beistline; use case number A03-042 CV (RRB) on future filings. cc: cnsl,
                        Judge Beistline

  28 -   2   10/07/04   RRB Order approving stip (28-1); setting disc to close 11/24/04;
                        dispositive mots ddln 12/17/04. cc: cnsl

  30 -   1   12/22/04   RRB Order re: certification of readiness for trial; parties to certify
                        or file a report within 15 days from the date of this order. cc:cnsl

  31 -   1   01/06/05   PLF 1; DEF 1 Joint Report re: status & readiness for trial.

  31 -   2   01/07/05   RRB Order setting the following dates: Discovery to close 03/18/05;
                        Dispositive motions deadline 03/31/05. cc: cnsl

  32 -   1   04/21/05   Stipulation for extension of time for discovery until 7/20/05 and
                        dispositive motions until 7/29/05.

  32 -   2   04/22/05   RRB Order granting stipulation for extension of time for discovery until
                        7/20/05 and disp (32-1) & setting the following dates: Discovery to
                        close 07/20/05; Dispositive motions deadline 07/29/05. cc: cnsl

  33 -   1   09/14/05   PLF 1; DEF 1 Jnt Report re: case status & readiness for trial.

  33 -   2   09/21/05   RRB Order granting parties request to defer any trial setting at this
                        time and extending the close of discovery until 10/14/05.  Parties to
                        submit an updated report re status and readiness for trial by 10/28/05.
                        cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0042--CV (RRB)
                                      "DIANNE ROLOFF V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 11/01/05 | PLF 1; DEF 1 Joint Report case status & readiness for trial. |