UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>DIANNE ROLOFF</u>  v.  <u>USA</u>

DATE:  <u>December 15, 2005</u>    CASE NO.  <u>A03-0042 CV (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

A trial setting conference will be held in this matter on **Wednesday, January 18, 2006, at 10:30 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING