TIMOTHY M. BURGESS
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-042-RRB<br><br>**UNOPPOSED MOTION TO RESCHEDULE TRIAL SETTING CONFERENCE** |


The Court has entered a Minute Order scheduling a trial setting conference for January 18, 2006. [Docket No. 35]  Counsel for the Defendant will be out of state traveling and attending a previously scheduled conference during the dates of January 17 through January 20, 2006.  Thus, Defendant respectfully requests that the Court reschedule the Trial Setting Conference for Tuesday, January 24, 2006 at 10:30 a.m.  Defendant's counsel has contacted Plaintiff's counsel's office and Plaintiff does not oppose this motion.

Therefore, Defendant requests that the Court grant this motion and enter an order

rescheduling the Trial Setting Conference for Tuesday, January 24, 2006 at 10:30 a.m.


TIMOTHY M. BURGESS
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092


**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2006,
a copy of the foregoing Unopposed Motion
to Reschedule Trial Setting Conference
was served electronically on Daniel W. Hickey, Esq.


s/ Gary M. Guarino


ROLOFF v. USA
Case No. 3:03-cv-042-RRB                 2