IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 3:03-cv-042-RRB<br><br>**[PROPOSED] ORDER TO RESCHEDULE TRIAL SETTING CONFERENCE** |

　　　The Motion to Reschedule Trial Setting Conference to January 24, 2006 at 10:30 a.m. is

GRANTED.

_____　　　_____
Date:　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge