DANIEL W. HICKEY
GRUENSTEIN & HICKEY
1029 W. 3RD AVENUE, SUITE 510
ANCHORAGE, AK  99501
PHONE:  907 258-4338

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIANNE ROLOFF, Personal Representative of the Estate of George Henry Davis<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civ. Case No. A03-0042 (JWS) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the address for the law offices of Gruenstein & Hickey has changed.  All pleadings, orders and other writings may be made upon the undersigned at:

> Gruenstein & Hickey
> Resolution Plaza
> 1029 W. 3rd Avenue, Suite 510
> Anchorage, AK  99501

The firm's phone number, fax number and e-mail addresses remain unchanged.

-2-

DATED this 26th day of January, 2006, at Anchorage, Alaska.

                                                  Gruenstein & Hickey
                                                  Attorneys for Plaintiff

                                                  By:  s/dhickey
                                                      Daniel W. Hickey, #7206026
                                                      1029 W. 3rd Ave., Suite 510
                                                      Anchorage, AK  99501
                                                      Phone (907) 258-4338
                                                      Fax: (907) 258-4350
                                                      e-mail: ghlaw3@gci.net

<u>Certificate of Service:</u>

I certify that a copy of this document was
electronically served on this 26th day of
January, 2006 on Gary Guarino, Asst. U.S. Attorney

<u>s/dhickey</u>