DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-00042-RRB<br><br>**UNITED STATES' NOTICE REGARDING SETTLEMENT** |

　　　　The United States notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Gary M. Guarino
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: gary.guarino@usdoj.gov
        AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006,
a copy of the foregoing UNITED STATES'
NOTICE REGARDING SETTLEMENT
was served electronically on Daniel W. Hickey, Esq.

s/ Gary M. Guarino

ROLOFF v. USA
Case No. 3:03-cv-00042-RRB