NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:03-cv-00042-RRB<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

      The United States submits this status report on the negotiated settlement of the claims in this action.  The settlement and release agreement has been reviewed and recently signed by the parties.  The signed agreement must now be forwarded to

the government for authorization and payment of the settlement funds. Once this has been completed the parties will file a notice and stipulation for dismissal of this action.

    NELSON P. COHEN
    Acting United States Attorney

    s/Gary M. Guarino
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: gary.guarino@usdoj.gov
    AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2006,
a copy of the foregoing STATUS REPORT
REGARDING SETTLEMENT
was served electronically on Daniel W. Hickey, Esq.

s/ Gary M. Guarino