NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis,<br><br>　　　　Plaintiff,<br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)  Case No. 3:03-cv-00042-RRB<br>)<br>)  **STIPULATION TO DISMISS**<br>)  **WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims asserted or that could have been asserted by Plaintiff against the United States in this action should be dismissed with prejudice and with each party to bear its own costs, expenses, and attorney's fees.

                                NELSON P. COHEN
                                United States Attorney

Dated: November 15, 22006       s/Gary M. Guarino
                                Assistant U.S. Attorney
                                222 West 7th Ave., #9, Rm. 253
                                Anchorage, AK 99513-7567
                                Phone: (907) 271-5071
                                Fax: (907) 271-2344
                                E-mail: gary.guarino@usdoj.gov
                                AK #8209092

                                GRUENSTEIN & HICKEY

Dated November 15, 22006        s/ Daniel W. Hickey (consent)
                                DANIEL W. HICKEY
                                Attorney for Plaintiff
                                Dianne Rollof