IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 3:03-cv-00042-RRB<br><br>**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Date: _____　　　　_____
　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　United States District Court Judge