IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DIANNE ROLOFF, Personal Representative for the Estate of George Henry Davis, | ) ) ) ) | Case No. 3:03-cv-00042-RRB |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **ORDER TO DISMISS WITH PREJUDICE** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Date: November 16, 2006

Ralph R. Beistline
United States District Court Judge